UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CAROLYN MESSINA, et al., | Case No. 14-cv-03535-BLF |
|---|---|
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| FEDERAL INSURANCE COMPANY, | |
| Defendant. | |

On January 15, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Defendant's Initial Disclosures | 01/14/2015 |
| Plaintiff's Initial Disclosures | 02/13/2015 |
| Mediation to be Completed by | 03/31/2015 |
| Fact Discovery Cut-Off | 07/15/2015 |
| Filing of Administrative Record | 07/31/2015 |
| Opening Briefs | 08/07/2015 |
| Opposition Briefs | 08/28/2015 |
| Reply Briefs | 09/11/2015 |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the Administrative Motion Hearing is set for
6 10/22/2015 at 9:00 a.m.

8 Dated:  January 15, 2015

_____
BETH LABSON FREEMAN
United States District Judge